UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SEAN SKIRLAW,

                Plaintiff,

v.

JOHN FORRESTER,

                Defendant.

Case No. C08-5398RJB-KLS

ORDER REGARDING COPIES OF THE COMPLAINT FOR SERVICE

This matter comes before the court on plaintiff's filing of a civil rights complaint pursuant to 42 U.S.C. § 1983. (Dkt. #1-2). Plaintiff has been granted *in forma pauperis* status in this case. See Order Granting Application to Proceed *In Forma Pauperis*, dated the same day herewith. This matter is before the Court on plaintiff's submission of a letter to the Clerk, in which plaintiff states he is unable to comply with the requirement to provide the correct number of copies of the complaint for service, because he is being prevented from getting his copies verified and his exhibits thereto certified as true and correct in accordance with the Court's rules. (Dkt. #3).

On June 24, 2008, the Clerk informed plaintiff that he had provided an insufficient number of copies of the complaint for service in this matter. (Dkt. #2). On July 2, 2008, the Clerk received the above-noted letter, in which plaintiff indicated his inability to provide them due to the reasons stated therein. Plaintiff, however, is not required to provide the Court with verified copies of his complaint, or have any exhibits he

ORDER
Page - 1

1 attaches to that complaint certified as true and correct.

2   Accordingly, the Court will not send his proposed letter to his institution of incarceration directing
3 that he be allowed to verify and certify those copies. (See Dkt. #4). Rather, plaintiff shall provide **two (2)**
4 copies of the complaint and exhibits thereto, which may be photocopies, by **no later than August 23, 2008**,
5 or the Court will recommend dismissal of this matter for failure to prosecute.

6   The Clerk is directed to send a copy of this Order to plaintiff.

7   DATED this 24th day of July, 2008.

Karen L. Strombom
United States Magistrate Judge