UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SEAN BROOKS SKIRLAW,

                  Plaintiff,

  v.

JOHN FORRESTER,

                  Defendant.

Case No. C08-5398RJB-KLS

ORDER DENYING PLAINTIFF'S MOTION FOR ORDER FOR DISMISSAL WITHOUT PREJUDICE

This matter has been referred to Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1), Local Rules MJR 3 and 4, and Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 72. The case is before the Court upon plaintiff's motion for voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(2). (Dkt. #32). After reviewing plaintiff's motion, defendant's response thereto (Dkt. #34) and the balance of the record, the Court finds and ORDERS as follows:

Plaintiff "may dismiss an action without a court order," either by filing (1) "a notice of dismissal" before defendant "serves either an answer or a motion for summary judgment," or (2) "a stipulation of dismissal" signed by defendant. Fed. R. Civ. P. 41(a)(1). Otherwise, "an action may be dismissed at . . . plaintiff's request only by" order of this Court, "on terms that" the Court "considers proper." Fed. R. Civ. P. 41(a)(2). Given that defendant filed his motion for summary judgment of plaintiff's amended complaint on May 18, 2009 (Dkt. #31), which occurred prior to plaintiff's filing of his motion to dismiss on June 4, 2009 (Dkt. #32), and that defendant has not

ORDER - 1

consented to dismissal of this matter without prejudice, dismissal of that complaint at plaintiff's request may be had only by court order.

Plaintiff, however, has given no reason why this matter should be dismissed at this stage of the proceedings without prejudice. It has been nearly a year since he initiated this action, and the deadlines for completing discovery and filing dispositive motions in regard to the amended complaint had both passed prior to the filing of his motion for voluntary dismissal. Given the amount of time and expenditure of resources that have been expended in prosecuting this matter so far, dismissal with prejudice–that is with the possibility of being able to file this same action in the future–is inappropriate at this late stage.

Accordingly, plaintiff's motion for an order for voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(2) (Dkt. #32) hereby is DENIED.

The clerk is directed to send a copy of this Order to plaintiff.

DATED this 17th day of June, 2009.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2