UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SEAN BROOKS SKIRLAW,

    Plaintiff,

v.

JOHN FORRESTER,

    Defendant.

CASE NO.    C08-5398RJB-KLS

ORDER

The Court, having reviewed defendant's motion for summary judgment (Dkt. #31), the Report and Recommendation of United States Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     Defendant's motion for summary judgment (Dkt. #31) is GRANTED;

(3)     Plaintiff's amended complaint is DISMISSED;

(4)     All other motions currently pending before the Court hereby are DENIED; and

(4)     The Clerk is directed to send copies of this Order to plaintiff, defendant's counsel and Magistrate Judge Karen L. Strombom.

DATED this 15th day of July, 2009.

/s/ Robert J. Bryan
Robert J. Bryan
United States District Judge

ORDER
Page - 1