# United States District Court

WESTERN DISTRICT OF WASHINGTON

SEAN BROOKS SKIRLAW

JUDGMENT IN A CIVIL CASE

v.

JOHN FORRESTER

CASE NUMBER: C08-5398RJB-KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Court adopts the Report and Recommendation;

2. Defendant's motion for summary judgment (Dkt. #31) is GRANTED;

3. Plaintiff's amended complaint is DISMISSED; and

4. All other motions currently pending before the Court hereby are DENIED.

| July 16, 2009 | BRUCE RIFKIN |
|---|---|
| | Clerk |

　　　　　　　　　　　　　　　　　　　　　　　　　／s/ Jennie L. Patton
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk